**File Hashes for IP Address 68.37.82.196**

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Inkster, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/29/2015 10:52:51 | 0588D0540B4830026AD7BFBC0572CA398C91BE92 | Do It To Me One More Time |
| 05/29/2015 10:32:43 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/29/2015 10:02:23 | B1A4ABE761CEE98FDCADE6723B3A01E2BD4AF522 | Elle Hearts Girls |
| 05/29/2015 07:59:19 | 7ABBD221FD80881C5D526C2EE3E914A0210A603B | East Meets West |
| 05/29/2015 07:06:57 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 05/29/2015 06:27:43 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 05/29/2015 05:37:42 | A70A5831F6BDBDB12BDE8091573F23236D123B38 | Dripping Pleasures |
| 05/29/2015 05:12:27 | 9A0763A98A6450E13EFE279D5FF7D0902C71CA2F | Take Your Picture |
| 05/28/2015 20:58:45 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 05/28/2015 11:04:15 | 47CAA25EFDB69D5B9300BDCAD90D1581827A6D6C | Capture Me |
| 05/28/2015 07:38:47 | 04A7D79E10AF6869082B33F1209B2FF43F086B06 | Back For More |
| 05/23/2015 18:13:23 | 964272A207521009EA3D5BB4249921F78789CDFA | Come Together Part #1 |
| 05/13/2015 11:17:50 | EA8B115637D3AF13F27EC57D0AFB26C1E18CE7F8 | A Sexy Lazy Afternoon |
| 05/06/2015 08:44:26 | 0D9C6E216B3494280764F581C254A8DE3D10C702 | UnBREElievable |
| 05/02/2015 18:04:28 | E89F1C5770345EA196ACEFD71B342AA05DC2B700 | Little Play Thing |
| 04/10/2015 06:49:47 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 03/30/2015 14:49:02 | 8BCF4E0725C0D96C015D674BD16955C9323EAE6C | Super Nymphs |
| 03/30/2015 13:20:27 | 6441BBEAC483D3EC54B151008A7D90A5504F8C50 | Let Me Join You |
| 03/30/2015 11:02:51 | 2ECCCAE4DBC833AAFEE7071F5D524D0FC60F189F | Take Me Now |
| 03/30/2015 07:38:44 | 09740E2B327D95F4514494639F0053E877386C4B | Cum Worthy |
| 03/29/2015 22:20:03 | 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual |
| 03/27/2015 00:51:35 | B31D7D29ED98C259A60A3D1EDEFA990DE3C6DF6B | Midnight Passion |

EXHIBIT A

NEMI290

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/25/2015 23:37:03 | 5900C8D9FED793D808731263108BAE822F67D0B2 | Super Cutie |
| 03/24/2015 07:34:54 | B5ECCF822AD7C0E07DA8931EEAC70076A96A732B | Selfie Love |
| 03/24/2015 06:06:31 | 15D90FE41C0E7D581EED84324980F427AD726599 | Spread Wide Open |
| 03/24/2015 05:57:51 | 27F0C3B4A271B466A4AB1584312646C804A03877 | Maybe Yes |
| 03/24/2015 05:14:03 | 23F0420D3FED2C888A0C1CE42D26526D829332AB | Group Sex |
| 03/24/2015 04:40:24 | 55FD6FD13B0A4A60A0F942A6F751E17378A05A00 | Bring Me To My Knees |
| 03/23/2015 15:28:34 | 1331560DA153DC62583C48706AA0A1EBDCD6CD20 | Spread Across The Floor |
| 03/22/2015 23:45:26 | 9157E53CE978CBA5FFC4A6ECB70CF56EFF2FA913 | Should Have Seen Your Face |
| 03/22/2015 21:04:12 | D68E08268A69BB3CF305BE24C01C58E9E0C194E6 | Girls Night Out |
| 03/22/2015 19:37:38 | DB6345B2B2D886FE38F36F3E674451C296013801 | High School Dropouts |
| 03/22/2015 18:25:09 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 03/22/2015 17:59:22 | 01B8CEBFEA69DF45C5287D7761FA2958234CF4BD | Why I Love Czech Girls |
| 03/22/2015 17:47:19 | 22B1617676D5D76F497A384A4D3D26CCC9EDC285 | So Young |
| 03/22/2015 16:29:09 | 0543763BAE4D70F26C19DC82025C2E6532C7564F | Getting Down |
| 03/22/2015 14:24:56 | A9DB057CC666F50E738D78DEF0D66F3DCD6389EB | Red Hot and Ready |
| 03/22/2015 14:05:55 | EC00214B30BC100D3B365C096A4AFB81F41B00D7 | Pleasant Surprise |
| 03/22/2015 03:10:29 | 7CC474D24FB57785E1B230581C0E19B7E5F523C9 | Tease Me Please Me |
| 03/19/2015 05:21:49 | 249C7F0C5203C6847F76DE4F94668141FF5D320E | Enjoy the Ride |
| 03/17/2015 03:58:44 | 8E2198217004EC96C8E40A3B75935EC63C9D437D | Play Me |
| 03/15/2015 23:55:41 | EEEF5D1B2D2823529EBEE12E594D46E0FCF9E088 | Three Way is the Best Way |
| 03/15/2015 23:29:05 | EA21DB5DB5485488923FA7860B66234AEAD56D02 | Catching Up |
| 03/12/2015 11:00:11 | F42B34B6556172AEB09CE7FC520DDDFDCADC29B6 | Competition |
| 02/08/2015 18:19:59 | 27010C43F137316054B1802EC7FE41DF57A8C0AA | Poolside Pleasure |

**Total Statutory Claims Against Defendant: 45**

EXHIBIT A

NEMI290