# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Civil Action No. 2:15-cv-12278-GAD-EAS

JOHN DOE subscriber assigned IP address 68.37.82.196,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 68.37.82.196. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 25, 2015

                                            Respectfully submitted,

                                            By:   /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti
                                            pauljnicoletti@gmail.com
                                            NICOLETTI LAW, PLC
                                            33717 Woodward Avenue, Suite #433
                                            Birmingham, Michigan 48009
                                            Phone: (248) 203-7800
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:  /s/ *Paul J. Nicoletti*  
                                      Paul J. Nicoletti